## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                             Case No.: 1:19−cr−00865
                                             Honorable John J. Tharp Jr.

Kathryn Choi, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 6, 2019:

    MINUTE entry before the Honorable John J. Tharp, Jr. as to Kathryn Choi, Oliver Han: Upon the parties' agreed request, a change of plea hearing on behalf of both defendants is set on 1/16/20 at 2:00 p.m. The status hearing set by Judge Gilbert for 12/19 is stricken. Without objection, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) through 1/16/20 to facilitate and enable the parties to continue their negotiations and review of a written plea agreement. The Court finds that the ends of justice served by taking this action outweigh the best interests of the public and the defendants in a speedy trial. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.