IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 19 CR 865 |
| KATHRYN CHOI and OLIVER HAN, | |
| Defendants. | |

**NOTICE OF CHANGE OF ADDRESS**

To: All Parties of Record

PLEASE TAKE NOTICE that effective June 30, 2020, Defendant Oliver Han's home address has changed to:

> 615 E. 70th St.
> Indianapolis, IN 46220

Date: June 30, 2020

Respectfully submitted

OLIVER HAN

By: /s/ Leigh D. Roadman
One of His Attorneys

Leigh D. Roadman (6193461)
Maureen J. Moody (6327343)
CLARK HILL PLC
130 East Randolph Street
Suite 3900
Chicago, Illinois 60601
Phone: 312-985-5900

69044\324609\260054287.v1