UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>KATHRYN CHOI and )<br>OLIVER HAN )<br>) | No. 19 CR 865<br>Judge John J. Tharp, Jr. |

**JOINT STATUS REPORT**

    The UNITED STATES OF AMERICA, by LINDSAY JENKINS, Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. § 515, and DANIEL S. KAHN, Acting Chief of the Fraud Section of the Criminal Division, U.S. Department of Justice, and defendants KATHRYN CHOI and OLIVER HAN state as follows:

    On June 9, 2021, the Court ordered the parties to file a joint status report by June 18, 2021. Dkt. No. 35. Both defendants pled guilty pursuant to plea agreements in which they agreed to cooperate with the government. Dkt. Nos. 26, 28. In the plea agreements, both defendants agreed to postpone their sentencings until after the conclusion of their cooperation. *Id.*, p. 11.

    The defendants' cooperation is in connection with a related case pending before the Honorable Judge Durkin. *United States v. Desai, et al.*, 19 CR 864. In *Desai*, four defendants were charged. *Id.* One has pled guilty, and three are expected to proceed to trial, which is set for February 2022. 19 CR 864, Dkt. No. 185. As set forth in a recent status report in *Desai*, the government expects its case-in-chief to last approximately 10 weeks, and the defense estimates that the defense case that may last up to four weeks. Dkt. No. 183. Thus, the parties estimate that the trial may last

approximately 14 weeks. If it lasts 14 weeks, the trial will conclude in May 2022.

The government has no objection to setting the sentencings for Choi and Han for some time after the conclusion of the *Desai* trial.

Dated: June 18, 2021                    Respectfully submitted,

                                        LINDSAY JENKINS
                                        Attorney for the United States
                                        Acting under Authority Conferred by
                                        28 U.S.C. § 515

                            By:         /s/ Matthew F. Madden
                                        MATTHEW F. MADDEN
                                        SAURISH APPLEBY-BHATTACHARJEE
                                        Assistant United States Attorneys
                                        United States Attorney's Office


                                         DANIEL S. KAHN
                                        Acting Chief, Fraud Section
                                        Criminal Division
                                        U.S. Department of Justice

                            By:         /s/ William E. Johnston
                                        WILLIAM E. JOHNSTON
                                        Assistant Chief
                                        KYLE C. HANKEY
                                        Trial Attorney
                                        1400 New York Ave. NW
                                        Washington DC 20530
                                        (202) 514-0687

　　　　　　　　　　　　　　　　　　*/s/ William Ziegelmueller*
　　　　　　　　　　　　　　　　　　William Paul Ziegelmueller
　　　　　　　　　　　　　　　　　　Schiff Hardin LLP
　　　　　　　　　　　　　　　　　　233 South Wacker Drive
　　　　　　　　　　　　　　　　　　Suite 7100
　　　　　　　　　　　　　　　　　　Chicago, IL 60605

　　　　　　　　　　　　　　　　　　*Attorney for Kathryn Choi*


　　　　　　　　　　　　　　　　　　*/s/ Leigh Roadman*
　　　　　　　　　　　　　　　　　　Leigh D. Roadman
　　　　　　　　　　　　　　　　　　Clark Hill PLC
　　　　　　　　　　　　　　　　　　130 East Randolph Street
　　　　　　　　　　　　　　　　　　Suite 3900
　　　　　　　　　　　　　　　　　　Chicago, IL 60601

　　　　　　　　　　　　　　　　　　*Attorney for Oliver Han*